# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2008

Clifford W. Taylor,
Chief Justice

135282

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                          SC: 135282
                                          COA: 280851
                                          Macomb CC: 2001-001849-FH
                                                         2001-001851-FH

JACOB JOSEPH APPENZELLER,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 18, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      CORRIGAN, J., concurs and states as follows:

      I join the order denying leave to appeal. I write separately only to observe that the Attorney Grievance Commission and the Michigan Appellate Assigned Counsel System may wish to investigate defendant's allegations in this case. In 2002, defense counsel was appointed to represent defendant in his direct appeal. Defendant essentially alleges that counsel abandoned him. He was unaware of counsel's appointment; counsel never contacted him, never pursued an appeal, and never sought to withdraw as counsel. These allegations warrant scrutiny by the grievance commission.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2008

_____
                              Clerk

s0325